Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 3:18-CV-01228

ADDITIONAL RIGHTS WITH RESPECT
TO A PREEXISTING EASEMENT AND
RIGHT-OF-WAY OVER LAND
IN MONTGOMERY COUNTY, TENNESSEE, and
CAROL WALKER, as Trustee of the
  BEBE TRUST #2 dated December 27, 2012,
Defendants.

## MOTION FOR ENTRY OF AN ORDER OF IMMEDIATE POSSESSION

Plaintiff, the United States of America upon the relation and for the use of the Tennessee Valley Authority (TVA), moves the Court, pursuant to the Declaration of Taking Act, 40 U.S.C. §§ 3114-3118 (2012) (formerly codified at 40 U.S.C. §§ 258a-258e-1), for entry of an order vesting in Plaintiff's agent, TVA, the right to immediate possession of the additional rights with respect to a preexisting easement and right-of-way condemned herein for the construction, operation, and maintenance of electric power and communication circuits.

As grounds for this motion, Plaintiff states that the TVA Act of 1933, *as amended*, 16 U.S.C. §§ 831-831ee (2012), provides that the Declaration of Taking Act is applicable to condemnations such as this under the TVA Act (*see* 16 U.S.C. § 831c(i)); the Declaration of Taking Act authorizes the deposit with the Court of the funds tendered by Plaintiff; and, upon acceptance and deposit of the funds tendered by Plaintiff, all requirements of the Declaration

1